

**☐ ORIGINAL**

qingjzhenginf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 30 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00008 |
| Plaintiff, | **INFORMATION** |
| vs. | **ILLEGAL ENTRY**<br>[8 U.S.C. § 1325(a)(1)<br>6 U.S.C. §§ 251 & 557]<br>(Misdemeanor) |
| QING JIANG ZHENG, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 25, 2008, in the District of Guam, the defendant herein, QING JIANG ZHENG, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this **30** day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

<u>Criminal Case Cover Sheet</u>                                                      <u>U.S. District Court</u>

**Place of Offense:**

City _____Hagåtña_____        **Related Case Information:**

Country/Parish _____        Superseding Indictment _____ Docket Number **08-00008**
                                     Same Defendant _____         New Defendant ___x___
                                     Search Warrant Case Number _____
                                     R 20/ R 40 from District of _____

**Defendant Information:**

        **Juvenile: Yes** _____ **No** __X__   **Matter to be sealed:** _____ **Yes** __x__ **No**

Defendant Name   _____Qing Jiang Zheng_____

Alias Name       _____

Address          _____
                 _____
                 _____China_____

Birthdate __Xx/xx/1972__ SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

**RECEIVED APR 30 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ___Frederick A. Black___

**Interpreter:** ___ No _X_ Yes   List language and/or dialect: ___Chinese/Mandarin___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty __X__ Misdemeanor ___ Felony

    **Index Key/Code**          **Description of Offense Charged**          **Count(s)**

Set 1  8 USC 1325(a)(1)            Illegal Entry                                   1
       6 USC 251 & 557

Set 2  _____            _____                                ____

Set 3  _____            _____                                ____

Set 4  _____            _____                                ____

(May be continued on reverse)

Date: __4-30-08__    Signature of AUSA: ___Frederick A. Black___