

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | FREDERICK A. BLACK<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7334 |

FILED
DISTRICT COURT OF GUAM
APR 30 2008
JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00008 |
|---|---|
| Plaintiff. | ) |
| vs. | ) UNITED STATES' REQUEST<br>) FOR ISSUANCE OF A WARRANT |
| QING JIANG ZHENG, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a warrant for defendant, QING JIANG ZHENG, based on an Information filed charging the defendant with Illegal Entry in violation to Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

Respectfully submitted this 30th day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney