AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>QING JIANG ZHENG | **WARRANT FOR ARREST**<br><br>Case Number: MJ-08-00008-001 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ QING JIANG ZHENG _____
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☑ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice

☐ Pretrial Release       ☐ Probation              ☐ Supervised Release
  Violation Petition       Violation Petition       Violation

charging him or her with   (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1), 6 U.S.C. §§ 251 and 557

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 05/01/2008                Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

**RECEIVED** MAY 02 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**RECEIVED** MAY 01 2008 US MARSHALS SERVICE-GUAM

**FILED** DISTRICT COURT OF GUAM MAY 02 2008 JEANNE G. QUINATA Clerk of Court

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

HAGATNA, GUAM

| DATE RECEIVED<br>5/1/08 | NAME AND TITLE OF ARRESTING OFFICER<br>EDWIN T. JEPPAN<br>SA, US ICE | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>5/2/08 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: QING JIANG ZHENG

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____