DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>**QING JIANG ZHENG,**<br><br>    Defendant. | MAGISTRATE CASE  NO. 08-00008<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER**  is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May l, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 02, 2008