**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: MJ-08-00008    DATE: May 23, 2008
            MJ-08-00011

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present         Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio    Electronically Recorded: 3:00:36 - 3:30:28

**APPEARANCES:**

Defendant: Qing Jiang Zheng           Attorney: John Gorman - FPD
           Xu Ping Zheng                        Lewis Littlepage - CJA

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Frederick A. Black       U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Julia Berg                 Language: Mandarin

**PROCEEDINGS: Change of Pleas**
- Defendants sworn and examined.
- Pleas entered: Guilty
- Pleas: Accepted.
- Sentencing set for: June 24, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: June 17, 2008
- Defendants remanded to the custody of the U.S. Marshals Service

NOTES: