JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
QING JIANG ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MJ 08-00008 |
|---|---|---|
| Plaintiff, | ) ) | RESPONSE TO PRESENTENCE REPORT |
| vs. | ) ) | |
| QING JIANG ZHENG, | ) ) | |
| Defendant. | ) ) | |

　　　　Defendant, QING JIANG ZHENG, by and through counsel, John T. Gorman,

Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence

Investigation Report.

　　　　DATED: Mongmong, Guam, June 18, 2008.

　　　　　　　　　　/s/  JOHN  T. GORMAN



　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　QING JIANG ZHENG

# CERTIFICATE OF SERVICE

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on June 18, 2008:

FREDERICK A. BLACK
Assistant United States Attorney
U.S. Attorneys Office
Hagatna, Guam

Attorney for Plaintiff
UNITED STATES OF AMERICA


STEPHEN P. GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, June 18, 2008.

/s/ JOHN T. GORMAN



Attorney for Defendant
QING JIANG ZHENG