# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-08-00008  DATE: June 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:59:47 - 10:46:52

**APPEARANCES:**

Defendant: Qing Jiang Zheng  Attorney: John Gorman
☑Present ☑Custody ☐Bond ☐P.R.  ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Frederick A. Black  U.S. Agent: Ewrin Fejeran
U.S. Probation: Stephen Guilliot
Interpreter: Julia Berg  Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>4 years</u>.
- Fine waived.
- Special assessment fee of $10.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant shall perform 50 hours of community service.
- Defendant remanded to the custody of the U.S. Marshals Service
- Defendant shall be released to an authorize Immigration official for deportation.

NOTES: