**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>        Vs.<br><br>Qing Jiang Zheng,<br><br>        Defendant. | Case No. 1:08-mj-00008 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Judgment in a Magistrate Case filed June 30, 2008*
*Date of Entry: June 30, 2008*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** June 30, 2008                                                                   Clerk of Court
                                                                                      **/s/ Jeanne G. Quinata**